RUTH RUSSAKOW, Respondent, v. SAMUEL H. RUSSAKOW, Appellant.— In an action for a divorce, order granting motion to reject the report of an official referee appointed to hear and report with his opinion as to the purpose of three certain payments, aggregating $650, made during the pendency of this action by defendant to the plaintiff, directing that confirmation of that report be denied, and granting plaintiff's motion for leave to enter judgment in her favor against the defendant for $592.50, arrears of alimony under the final decree of divorce herein; and judgment entered thereon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

EVERETT SCHLADEBACH, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— The plaintiff has recovered damages for personal injuries sustained as a result of being struck by an automobile while alighting from a trolley car operated by the defendant. The defendant appeals. Judgment affirmed, with costs. Upon this record, the questions of the negligence of the defendant and the contributory negligence on the part of the plaintiff were questions properly submitted to the jury and the verdict is not against the weight of the evidence. (Krupnick v. Branikowski, 271 N. Y. 612.) Lazansky, P. J., Carswell, Johnston and Close, JJ., concur; Adel, J., dissents and votes to reverse the judgment and to grant a new trial on the ground that the verdict of the jury is against the weight of the evidence.

JOHN L. STEINBUGLER, Appellant, v. WILLIAM C. ATWATER & CO., INC., Respondent.— In an action brought (1) to recover the purchase price of stock issued by the defendant corporation under the latter's agreements with plaintiff to repurchase the same; and (2) to recover an amount deposited by plaintiff with defendant, order denying plaintiff's motion to strike out as irrelevant the first and second affirmative defenses in the amended answer, pursuant to Civil Practice Rule 103, affirmed, with ten dollars costs and disbursements. The matter sought to be struck out is well and sufficiently pleaded. The allegations thereof are not irrelevant within the contemplation of Civil Practice Rule 103. The legal effect of the judgment heretofore entered in plaintiff's favor in this action as severed, after the trial of the counterclaims, which judgment is claimed by plaintiff to be res judicata, will be the subject of determination on the trial, if evidence in support of the defenses, or either of them, is offered. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.